EMMA R. SONN, DEFENDANT IN ERROR, v. ERIE RAILROAD
COMPANY, PLAINTIFF IN ERROR.

Argued December 4, 1901—Decided March 3, 1902.

On error to the Supreme Court.

For the plaintiff in error, *Cortlandt Parker* and *Cortlandt
Parker, Jr.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the
reasons stated in the opinion of Mr. Justice Collins.  37
*Vroom* 428.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN
SYCKEL, GARRISON, FORT, GARRETSON, PITNEY, KRUEGER,
ADAMS, VREDENBURGH, VOORHEES, VROOM.  12.

*For reversal*—None.